**SO ORDERED.**
**SIGNED 31st day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**



**Charles M. Walker**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRYAN A. SALZBERG, | ) | |
| | ) | Case No: 3:25-bk-04037 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

## ORDER APPROVING COMPROMISE AND SETTLEMENT

This matter having come for hearing on the motion (the "Motion") filed by Eva M. Lemeh, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the compromise and settlement between the Trustee and JPMorgan Chase Bank N.A. ("Chase"); and no party-in-interest having timely filed a response to the Motion; and the Court being

1

satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.　　The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.　　The Motion is granted.

2.　　The Trustee is hereby authorized to enter into all necessary documents, including settlement agreements or agreed orders, to consummate a settlement with the following terms:

   a. Chase will pay to the estate $3,000.
   b. The Trustee and Chase mutually release each other from all claims which they may have against each other, or their officers, agents, or employees, at the time of the release.
   c. Chase admits no liability for its conduct or the conduct of its agents or employees.

3.　　This Court will retain jurisdiction to adjudicate any disputes that may arise under this order and to enforce the terms of this order.

**This order was signed and entered electronically as indicated at the top of the first page.**

AGREED TO AND APPROVED FOR ENTRY BY:

*/s/ Trent Meriwether*
Justin Campbell
Trent Meriwether
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6000
justin@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel to Trustee*